[No. 25030-6-II.   Division Two.   August 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES GOURLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00361-1, Richard L. Brosey, J., entered September 7, 1999. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 25326-7-II.   Division Two.   August 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD J. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00142-7, James B. Sawyer II, J., entered November 4, 1999. *Reversed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25366-6-II.   Division Two.   August 10, 2001.]

GEIA L. WEAVER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-11330-5, Kitty-Ann van Doorninck, J., entered November 5, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25550-2-II.   Division Two.   August 10, 2001.]

CYNTHIA A. BARRESSE, *Respondent*, v. PETER LITTLEFAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 99-2-00129-1, E. Thompson Reynolds, J., entered January 14, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.